**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

WILLIAM LARUE, on behalf of
himself and all others similarly
situated,

    Plaintiff,

v.                                                        Case No: 5:15-cv-339-Oc-30PRL

ON THE LEVEL CONSTRUCTION
SERVICES, INC., and KIRK L.
McALISTER,

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court sua sponte. Defendant Kirk L. McAlister filed a pro se answer on August 6, 2015, on behalf of Defendant On the Level Construction Services, Inc. (Doc. 4). The complaint describes On the Level Construction Services, Inc., as a business corporation organized and existing under the laws of Florida. Because On the Level Construction Services, Inc., appears to be a corporation, it cannot proceed pro se and cannot be represented by Defendant Kirk L. McAlister. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel.").

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1. The answer filed by Defendant Kirk L. McAlister (Doc. 4) on behalf of Defendant On the Level Construction Services, Inc., is STRICKEN.

2. Defendant On the Level Construction Services, Inc., is directed to obtain counsel on or before September 10, 2015.

3. Upon obtaining counsel, counsel for Defendant On the Level Construction Services, Inc., shall file a notice of compliance with this Order.

4. Failure to comply with this Order may result in sanctions, including entry of default and default judgment.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of August, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record