## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

WILLIAM LARUE,

    Plaintiff,

v.                                          Case No: 5:15-cv-339-Oc-30PRL

ON THE LEVEL CONSTRUCTION
SERVICES, INC. and KIRK L.
MCALISTER,

    Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Dkt. #16).

Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 23rd day of December, 2015.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record